JUDGE BUCHWALD

08 CV 7676

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)
Andrew J. Warner (AW-5534)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHANGBAI SHIPPING CO. LTD.,

                    Plaintiff,

    v.

BELARUSIAN SHIPPING CO. a/k/a BELORUSSIAN
SHIPPING CO. a/k/a ZAO BELORUSSKAYA
SUDOHODNAYA KOMPANIYA, BEARBULK
(UK) LIMITED, and TRASER ALLIANCE LTD.,

                    Defendants.
------------------------------------------------------------------X

08 CV ____

RULE 7.1 STATEMENT

RECEIVED SEP 02 2008 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff CHANGBAI SHIPPING CO. LTD., certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
         August 29, 2008

                                      CHALOS, O'CONNOR & DUFFY, LLP
                                      Attorneys for Plaintiff

                  By: _____
                                      Eugene J. O'Connor (EO-9925)
                                      Timothy Semenoro (TS-6847)
                                      Andrew J. Warner (AW-5534)
                                      366 Main Street
                                      Port Washington, New York 11050
                                      Tel: (516) 767-3600 / Fax: (516) 767-3605